UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
Ex re. GREGORY CHABOT, as *qui tam* Plaintiff,

Plaintiffs,

v.

Case No: 6:06-CV-1529-ORL-35KRS

NU-WAY CONCRETE CO., INC.,

Defendant.
_____/

## DEFENDANT'S MOTION TO PERMIT ENTRY TO THE COURTHOUSE WITH ELECTRONIC EQUIPMENT

Defendant, Nu-Way Concrete Co., Inc., by and through its undersigned counsel, respectfully requests that the Court enter an order permitting the following individuals to enter the courthouse on Monday, September 14, 2009, and for the duration of the trial in this matter, with the following electronic equipment to coordinate with witnesses and assist in presentation of Defendant's case during the trial:

1. John W. Forehand        Cellular Telephone

2. R. Craig Spickard       Laptop Computer

Submitted this 8th day of September, 2009.

s/ John W. Forehand
JOHN W. FOREHAND
Lead Trial Counsel
Florida Bar No. 0979816
R. CRAIG SPICKARD
Fla. Bar No. 721751
Lewis, Longman & Walker, P.A.
2600 Centennial Place, Suite 100
Tallahassee, FL 32308
(850) 222-5702
Fax (850) 224-9242

and

J. Marshall Gilmore
Florida Bar No. 0840181
1500 Louisiana Avenue, Suite 4
Winter Park, FL 32789
(407) 629-7322
Fax (407) 740-0310

## CERTIFICATE OF SERVICE

I certify that on September 8, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this Day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

**Jennifer Chorpening**
US Department of Justice – Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20444

**Phillip R. Lammens**
Office of U.S. Attorney
207 NW 2nd Street, Room 118
Ocala, FL 34475-6666

**Paul Michael Meredith**
The Meredith Law Firm
5 Palm Row – Suite A
P.O. Box 38
St. Augustine, FL 32085-0038
904/825-1912

s/ John W. Forehand