UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
Ex rel. GREGORY CHABOT, as *qui tam* Plaintiff,

    Plaintiffs,

v.                    Case No: 6:06-CV-1529-ORL-35KRS

NU-WAY CONCRETE CO., INC.,

    Defendant.
_____/

## DEFENDANT, NU-WAY CONCRETE CO., INC.'S RESPONSE IN OPPOSITION TO RELATOR'S MOTION TO MODIFY JURY INSTRUCTION NO. 11

Defendant, Nu-Way Concrete Co., Inc. hereby files its response to Relator, Gregory Chabot's, Motion to Modify Jury Instruction No. 11.

### Argument

The language Chabot proposes to add to the end of Jury Instruction No. 11 does nothing to aid the jury in their determination of whether Nu-Way knowingly submitted a false claim. The language that Chabot proposes is essentially rehashing, and thereby reiterating, the definitions of "reckless disregard" and "deliberate ignorance" provided earlier in the instruction. The suggested placement of this language will likely confuse the jury, and the reiteration of "reckless disregard" and "deliberate ignorance" may unduly prejudice and/or influence the jury in its evaluation of the relevant statement of the facts.  Moreover, the Court's proposed instruction adequately explains these concepts for the jury.

Accordingly, Defendant submits that Chabot's Motion to Modify should be denied.

Dated:  February 19, 2010.

s/ R. Craig Spickard
JOHN W. FOREHAND
Lead Trial Counsel
Florida Bar No. 0979816
R. CRAIG SPICKARD
Fla. Bar No.  721751
Kurkin Forehand Brandes LLP
800 North Calhoun Street, Suite 1B
Tallahassee, FL  32303
(850) 391-5060
Fax (850) 391-2645

and

J. Marshall Gilmore
Florida Bar No.  0840181
1500 Louisiana Avenue, Suite 4
Winter Park, FL  32789
(407) 629-7322
Fax (407) 740-0310

## CERTIFICATE OF SERVICE

I certify that on February 19, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

**Jennifer Chorpening**
US Department of Justice – Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20444

**Phillip R. Lammens**
Office of U.S. Attorney
207 NW 2nd Street, Room 118
Ocala, FL  34475-6666

**Paul Michael Meredith**
The Meredith Law Firm
P.O. Box 38
St. Augustine, FL  32085-0038
5 Palm Row – Suite A

**Kevin J. Darken**
**Bruce Moshe Kleinberg**
**Karen E. Ell**
Cohen, Foster & Romine, P.A.
201 E. Kennedy Blvd., Suite 1000
Tampa, FL  33602

s/ R. Craig Spickard