UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES
## Jury Trial Day 1

**Case Number: 6:06-CV-1529-ORL-35KRS**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,**<br>ex rel. **GREGORY CHABOT**<br><br>**Plaintiffs,** | | Plaintiff's Counsel: | Bruce Kleinberg<br>Paul Meredith<br>Kevin J. Darken |
| -v- | | | |
| **NU-WAY CONCRETE CO., INC.**<br><br>**Defendants.** | | Defense Counsel: | John W. Forehand<br>Robert Craig Spickard<br>J. Marshal Gilmore |
| Judge: | **Mary S. Scriven** | Court Reporter: | Koretta Stanford |
| Courtroom Clerk: | N. L. Leiter | Interpreter: | |
| Date: | March 1, 2010 | Time: | 9:43 am - 5:00 p.m. |

| | |
|---|---|
| 9:43 am | Convene |
| | Appearances |
| | Court takes up pretrial matters with counsel. |
| 10:20 am | Jury brought in. |
| | *Voir dire begins.* |
| 11:05 am | Preliminary Instructions |
| 11:06 am | Jury given a break. |
| 11:12 am | Striking begins. |
| 11:20 am | *Jury selected.* |
| 11:24 am | Court gives the Jury Preliminary Instructions. |
| 11:35 am | Break for jury. |
| | Opening Arguments 30 minutes per side. |
| 11:37 am | Court takes up trial matters with counsel. |
| | Rule is invoked. |
| 11:50 am | Break |
| 12:07 pm | Resume |
| 12:24 pm | Plaintiff's Opening Argument |
| 12:45 pm | Defendant's Opening Argument |
| 12:46 pm | Break |
| 12:58 pm | Resume |
| | continue with Defendant's Opening Argument |
| 1:17 pm | Lunch break until 2:30 pm for the Jury. |
| 1:18 pm | Court takes up trial matters with counsel. |
| 1:30 pm | LUNCH |

| | |
|---|---|
| 2:30 pm | Resume. |
| 2:31 pm | Court takes up trial matters with counsel. |
| 3:03 pm | Defense Oral Motion in Limine as it relates to damages evidence. |
| 3:08 pm | **Gregory Chabot - sworn** |
| 3:35 pm | **Dennis Lay - sworn** |
| 4:03 pm | Break |
| 4:19 pm | Resume |
| 4:20 pm | **Bryan McCreary, Video Deposition** |
| 4:31 pm | Court adjourns the Jury until 9:00 a.m. tomorrow. |
| | Court takes up trial matters with counsel. |
| 5:00 pm | Adjourned |