UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES
**Jury Trial Day 2**

Case Number: 6:06-CV-1529-ORL-35KRS

| **UNITED STATES OF AMERICA,**<br>ex rel. **GREGORY CHABOT**<br><br>**Plaintiffs,**<br><br>-v-<br><br>**NU-WAY CONCRETE CO., INC.**<br><br>**Defendants.** | Plaintiff's Counsel:<br><br><br><br><br><br>Defense Counsel: | Bruce Kleinberg<br>Paul Meredith<br>Kevin J. Darken<br><br><br><br>John W. Forehand<br>Robert Craig Spickard<br>J. Marshal Gilmore |
|---|---|---|
| Judge: | **Mary S. Scriven** | Court Reporter: | Koretta Stanford |
| Courtroom Clerk: | N. L. Leiter | Interpreter: | |
| Date: | March 2, 2010 | Time: | 9:10 am - 4:40 pm |

| | |
|---|---|
| 9:10 am | Convene |
| | Appearances |
| 9:11 am | Court takes up trial matters with counsel. |
| 9:15 am | Jury brought in. |
| 9:15 am | **Bryan McCreary, Video Deposition** continues. |
| 10:14 am | Break for the Jury |
| | Court takes up witness matters with counsel. |
| | Court GRANTS Defense's oral motion on limine regarding Damage evidence at (Dkt. 139). |
| 10:22 am | Break |
| 10:35 am | Resume |
| 10:37 am | **Jerry Corbett - sworn** |
| 10:43 am | **Philip Bergelt - sworn** |
| 11:17 am | **Kenneth Miller - sworn** |
| 11:19 am | Jury sent out. |
| 11:19 am | Plaintiff counsel voir dire the witness Kenneth Miller. |
| 11:26 am | Jury brought in. |
| 11:48 am | Lunch break for jury. |
| | Court takes up matters with counsel. |
| 11:50 am | LUNCH |
| 1:25 pm | Resume |
| | Kenneth Miller retakes the stand. |
| 1:58 pm | **Dwight Davis - sworn** |
| 2:21 pm | Jury sent out for a break. |

| | |
|---|---|
| 2:22 pm | Court takes up matters with counsel. |
| 2:48 pm | Resume |
| 2:50 pm | PLAINTIFF RESTS |
| 3:00 pm | Break |
| 3:13 pm | Resume w/o jury present. |
| | *Jury is released until Thursday at 9:30 am.* |
| 3:15 pm | **Defense Oral Motion for Judgment as a Matter of Law with respect to Damages.** |
| | Plaintiff's response. |
| | Defense rebuttal. |
| 3:42 pm | Defense: **on the issue of the Travel Trailers**. |
| | Plaintiff's response. |
| 3:43 pm | Defense **re: the Maintenance and De-Activation Contract**. |
| | Plaintiff's response. |
| | Defense rebuttal. |
| 3:55 pm | Defense: **on the issue of Statutory Liability.** |
| | Plaintiff's response. |
| | Defense rebuttal. |
| 4:10 pm | Defense **re: Implied Certification** |
| | Plaintiff's response. |
| 4:15 pm | Defense **as to the issue of Knowledge**. |
| | Plaintiff's response. |
| | Defense rebuttal. |
| 4:20 pm | Defense summarizes his (6) arguments. |
| | **Court RESERVES on the Defense Motion for Judgment as a Matter of Law**. |
| 4:34 pm | Plaintiff as to witness Dennis Lay. |
| 4:37 pm | Defendant's response. |
| 4:40 pm | Adjourned. |