UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
**ex rel. GREGORY CHABOT,**

    **Plaintiff,**

v.

                                                   Case No: 6:06-CV-1529-Orl-35KRS

**NU-WAY CONCRETE CO. INC.,**

    **Defendant.**

_____/

## VERDICT FORM

1. Do you find by a preponderance of the evidence that Plaintiff, Gregory Chabot, has proven that Defendant, **NU-WAY CONCRETE CO. INC.**, knowingly presented or caused to be presented materially false or fraudulent claims to the Federal Emergency Management Agency ("FEMA")?

Yes _____   No ____

If you answered "Yes" to Question 1, please proceed to Question 2.

If you answered "No" to Question 1, please STOP HERE and sign and date the Verdict Form.

2.  How many material false claims do you find that Defendant knowingly made to FEMA, 1 - 7 _____.

Foreperson's Signature: _E. Claire Cornyn_

Date: _3/4/2010_.