The original contract Nuway Co. Inc. with the address 411 Trail. ~~Clermont~~

modification contract #2 is for Nuway Concrete Co. Inc. with the address 411 is the same.

Why are there 2 different names?

Clare [signature]
3/4/10

We appreciate your inquiry, but some questions cannot be answered by the Court, and this is one of those questions.

Judge Scriven