UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
ex rel. GREGORY CHABOT,
as *qui tam* Plaintiff,

    Plaintiffs,

vs.                                    CASE NO: 6:06-CV-1529-ORL-35-KRS

NU-WAY CONCRETE CO., INC.
_____/

### RELATOR'S NOTICE OF APPEAL

Relator Gregory Chabot, by and through undersigned counsel, hereby appeals the Court's judgment entered on March 5, 2010.

Respectfully submitted this **2nd** day of April, 2010.

/s/ Kevin J. Darken
KEVIN J. DARKEN
Florida Bar No.: 0090956
kdarken@tampalawfirm.com
BRUCE M. KLEINBERG
Florida Bar No.: 780170
bkleinberg@tampalawfirm.com
*COHEN, FOSTER & ROMINE, P.A.*
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
Telephone: (813) 225-1655
Trial Counsel for Plaintiff/Relator
Gregory Chabot

/s/ Paul M. Meredith
PAUL MICHAEL MEREDITH
Florida Bar No. 0745741
meredithlawfirm@bellsouth.net
THE MEREDITH LAW FIRM
P.O. Box 38
St. Augustine, FL 32085-0038
Telephone: (904) 825-1942
Facsimile: (904) 825-1912
Counsel for Plaintiff/Relator
Gregory Chabot

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **2nd** day of April, 2010, the foregoing was filed with the Clerk of this Court via CM/ECF, which will send an electronic notice of filing to the following:

John W. Forehand, Esquire
jforehand@kfb-law.com
Craig Spickard, Esquire
cspickard@kfb-law.com
*Kurkin Forehand Brandes*
800 N. Calhoun Street, Ste 1-B
Tallahassee, FL 32303-6212
Telephone: (850) 391-5060
Attorneys for Nu-Way

J. Marshall Gilmore, Esquire
mgilmore@mgilmorelaw.com
1500 Louisiana Ave., Suite 4
Winter Park, FL 32789
Telephone: (407) 629-7322
Facsimile: (407) 740-0310
Attorneys for Nu-Way

Jennifer Chorpening, Esquire
Jennifer.chorpening@usdoj.gov
U.S. Department of Justice – Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20444
Telephone: (202) 514-8112
Facsimile: (202) 514-0280

Phillip R. Lammens, Esquire
Philip.lammens@usdoj.gov
Office of U.S. Attorney
207 NW 2nd Street, Room 118
Ocala, FL 34475-6666
Telephone: (352) 629-0053
Facsimile: (352) 671-6743

/s/ Kevin J. Darken
Florida Bar No.: 0090956
kdarken@tampalawfirm.com
BRUCE M. KLEINBERG
Florida Bar No.: 780170
bkleinberg@tampalawfirm.com
*COHEN, FOSTER & ROMINE, P.A.*
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
Telephone: (813) 225-1655
Trial Counsel for Plaintiff/Relator
Gregory Chabot

/s/ Paul M. Meredith
PAUL MICHAEL MEREDITH
Florida Bar No. 0745741
meredithlawfirm@bellsouth.net
THE MEREDITH LAW FIRM
P.O. Box 38
St. Augustine, FL 32085-0038
Telephone: (904) 825-1942
Facsimile: (904) 825-1912
Counsel for Plaintiff/Relator
Gregory Chabot